## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

LORRIE BOREM,

     Plaintiff,

v.

THE KOLTER GROUP, LLC,

     Defendant.

Civil Action No.
1:22-cv-01839-VMC

### ORDER

This matter is before the Court on the Parties' Joint Motion to Proceed to Binding Arbitration and Stay Action (Doc. 6). Having read and considered the Parties' Joint Motion, it is hereby **ORDERED** that this case is **STAYED** pending arbitration. **IT IS FURTHER ORDERED** that the Parties notify the Court within seven (7) days of the arbitration's completion or if the case is resolved in any other manner. *See Lynn's Food Stores, Inc. v. U.S. By & Through U.S. Dep't of Lab., Emp. Standards Admin., Wage & Hour Div.*, 679 F.2d 1350, 1353 (11th Cir. 1982) ("The only other route for compromise of FLSA claims is . . . [to] present to the district court a proposed settlement . . . [to] enter a stipulated judgment after scrutinizing the settlement for fairness"). The Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case.

(signature on following page)

**SO ORDERED** this 17th day of June, 2022.

Victoria Marie Calvert
United States District Judge